ANNA S. A. GRAF ET AL., ETC., APPELLANTS, v. CITY OF NEWARK, RESPONDENT.

Argued May 21, 1942—Decided September 18, 1942.

For the appellants, *Kussy, Cohn & Kohn* (*William E. Clark*, special counsel, *Raymond H. Cohn*, of counsel).

For the respondent, *Raymond Schroeder.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Porter in the Supreme Court.

*For affirmance*—THE CHANCELLOR, BODINE, HEHER, DEAR, WELLS, RAFFERTY, HAGUE, JJ.  7.

*For reversal*—PERSKIE, COLIE, THOMPSON, JJ.  3.